UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

      v.                                     24-CV-3021 (RA)

WELL CONNECTED THE BARBERSHOP INC.
d/b/a WELL CONNECTED BARBERSHOP; and          <u>ORDER</u>
CORIAD REALTY CORP.,

                Defendants.

---

RONNIE ABRAMS, United States District Judge:

    On April 23, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

    The parties shall submit their joint letter no later than June 28, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 14, 2024
              New York, New York

                                                              Ronnie Abrams
                                                             United States District Judge